**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840

Attorneys for Appellant and Chapter 11
Debtor GEORGES MARCIANO

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION, LOS ANGELES

| | |
|---|---|
| In re<br><br>GEORGES MARCIANO,<br><br>Debtor.<br><br>———————————————<br><br>GEORGES MARCIANO,<br><br>Appellant,<br><br>vs.<br><br>DAVID K. GOTTLIEB, Chapter 11 Trustee, STEVEN CHAPNICK, JOSEPH FAHS, ELIZABETH TAGLE, MIRIAM CHOI, CAMILLE ABAT, GARY ISKOWITZ, THERESA ISKOWITZ, and CAROLYN MALKUS<br><br>Appellees. | CASE NO. 2:12-cv-9985-AHM<br><br>USBC Case No. 1:11-bk-10426-VK<br><br>Chapter 11<br><br>**ORDER DISMISSING APPEAL**<br><br>[No hearing set] |

The Court, having considered the "Motion to Dismiss Appeal" of Appellant Georges Marciano ("Marciano"), and good cause appearing,

//

**IT IS HEREBY ORDERED:**

1. The above-captioned appeal is dismissed.

Dated: _____

The Honorable A. Howard Matz
United States District Court Judge

cc: BANKRUPTCY COURT